Order of the Superior Court affirmed and case remanded to the Court of Common Pleas of Philadelphia County for resentencing in accordance with this opinion.

MONTEMURO, J., is sitting by designation.

Darby J. SWOYER

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF LABOR AND INDUSTRY, Workmen's Compensation Appeal Board (A to Z Maintenance Corporation).

Appeal of A TO Z MAINTENANCE CORPORATION.

Supreme Court of Pennsylvania.

Argued Dec. 8, 1994.

Decided Dec. 30, 1994.

Frederick W. Ulrich, Harrisburg, for A to Z Maintenance Corp.

Warren H. Prince, Bechtelsville, for D. Swoyer.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO is sitting by designation.